This memorandum opinion was not selected for publication in the New Mexico Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

**IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO**

**IN THE MATTER OF GUARDIANSHIP
AND CONSERVATORSHIP FOR
EDWARD MALOOF, an incapacitated
adult.**

**NO. 29,891**

**APPEAL FROM THE DISTRICT COURT OF SAN MIGUEL COUNTY**
**Albert J. Mitchell, Jr., District Judge**

Robert Richards
Santa Fe, NM

for Conservator

Laurie A. Hedrich, PA
Laurie A. Hedrich
Albuquerque, NM

Guadian ad litem

**MEMORANDUM OPINION**

**BUSTAMANTE, Judge.**

In this Court's notice of proposed summary disposition, we proposed to dismiss this appeal because the notice of appeal was not timely filed. Appellant has not filed a memorandum in opposition to our proposed summary dismissal, and the time to do so has passed. "Failure to file a memorandum in opposition constitutes acceptance of

the disposition proposed in the calendar notice." *Frick v. Veazey*, 116 N.M. 246, 247, 861 P.2d 287, 288 (Ct. App. 1993).

The conservator and guardian in this case have filed a motion supporting our proposed summary dismissal and opposing that portion of our proposed summary disposition that would have permitted Appellant to pursue the appeal if he was able to obtain an order nunc pro tunc extending the time for filing the notice. Although this document is styled as a motion, it is substantively a memorandum in response to our notice, and it therefore should have been timely filed in accordance with Rule 12-210(D)(3) NMRA. It was not.

As no party opposes our proposed summary dismissal, we dismiss this appeal for the reasons stated in the notice of proposed summary disposition, and we deny conservator and guardian's motion to the degree that it seeks relief other than dismissal of the appeal.

**IT IS SO ORDERED**.

_____
**MICHAEL D. BUSTAMANTE, Judge**

**WE CONCUR:**

_____
**JAMES J. WECHSLER, Judge**

_____

**LINDA M. VANZI, Judge**